UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
JUL 10 2013

|  |  |
|---|---|
| NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, | CIV 12-4146 |
| Plaintiff, | JUDGMENT |
| vs. |  |
| MARLO J. BIESMA, individually, and in his capacity as an employee/agent for ERNEST R. NAMMINGA, d/b/a Namminga Farms or Ernmore Enterprises, CHRISTOPHER CLEVERINGA; LAURA CLEVERINGA; and FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation, CONNECTICUT GREENSTAR, INC.; GREENSTAR, a/k/a Touch 'n Hold; CONNECTICUT TRADE COMPANY, INC.; and VALENTIN LUCA, |  |
| Defendants. |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion and Order Re: Motion for Summary Judgment, which was entered on today's date,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff National Farmers Union Property and Casualty Company in its declaratory judgment action.

Dated this 10th day of July, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summa Urban
DEPUTY